lante: *Sr. Manuel A. Martínez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

---

No. 135. Ex Parte Wilcox.—Petición de la National Surety Company para terminar la fianza notarial. Resuelto en marzo 4, 1912. Requerido el notario para que exprese si llegó a ejercer funciones notariales y tuvo a su cargo protocolo.

---

No. 158. Ex parte Acosta.—Petición de la National Surety Company para terminar la fianza notarial. Resuelta en marzo 4, 1912. Requerido el notario para que preste nueva fianza.

---

No. 303. Ex Parte Gibson.—Petición de la National Surety Company para terminar la fianza notarial. Resuelto en marzo 4, 1912. Requerido el notario para que presente nueva fianza.

---

No. 825. Emmanuelli v. Gándara.—Apelación procedente de la Corte de Distrito de San Juan. Moción para desestimar la apelación. Resuelto en marzo 5, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por la ley de marzo 9, 1911 y 40 del reglamento de este tribunal. Abogado del promovente: *Sr. Luis Freyre Barbosa.* Abogado de la parte contraria: *Sr. Emigdio S. Ginorio.*